Bradley H. LOCKENVITZ, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61952.

Missouri Court of Appeals, Western District.

Oct. 7, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 2003.

Christopher Allen Slusher, Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Breck Burgess, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Bradley H. Lockenvitz appeals the denial of his Rule 29.15 motion without having been granted an evidentiary hearing. We affirm. Rule 84.16(b).